THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Michael W.
 Culley Appellant.
 
 
 

Appeal From York County
 John C. Hayes, III, Circuit Court Judge
Unpublished Opinion No.  2007-UP-457
Submitted October 1, 2007  Filed October
 11, 2007
APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, South Carolina
 Commission, of Columbia, for Appellant.
 Deputy Director for Legal Services Teresa A Knox and Legal Counsel
 J. Benjamin Aplin, S.C. Dept. of Probation Parole & Pardon, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Michael W. Culley appeals the revocation of his
 probation.  Culley argues the decision to revoke probation was arbitrary and
 capricious because there was insufficient evidence to establish Culley had
 violated his probation conditions.  Pursuant to Anders v. California,
 386 U.S. 738 (1967), Culleys counsel attached a petition to be relieved,
 stating she reviewed the record and concluded this appeal lacks merit.  Culley
 did not file a pro se brief, but sent a letter requesting counsel
 not be relieved.  After a
 thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738
 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we
 dismiss[1] Culleys appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
HEARN,
 C.J., HUFF and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.